IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02835-REB-MEH

AURORA BANK FSP, a Federal Savings Bank,

     Plaintiff,

v.

DIRECT MORTGAGE, CORP., a Utah corporation,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2013.**

     Pending before the Court is Defendant's Motion to Dismiss the Complaint or, in the alternative, Motion for a More Definite Statement [filed January 10, 2013; docket #11].  Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff filed an amended complaint as a matter of course within 21 days after service of Defendant's Motion.  Therefore, Defendant's Motion is **denied as moot**.  *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)).