IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02835-REB-MEH

AURORA BANK FSP, a Federal Savings Bank,

    Plaintiff,

v.

DIRECT MORTGAGE, CORP., a Utah corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2013.**

    Plaintiff's Motion for Protective Order [filed January 31, 2013; docket #17] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order. As set forth in the Protective Order, all disputes regarding the designation of documents as confidential will be resolved in accordance with *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000).