**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02835-REB-MEH

AURORA BANK FSB, a Federal Savings Bank,

    Plaintiff,

v.

DIRECT MORTGAGE, CORP., a Utah corporation,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal** [#38][1] filed June 24, 2013.  After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal** [#38] filed June 24, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for February 21, 2014, are **VACATED**;

3. That the trial to the court set to commence February 24, 2014, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated June 24, 2013, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.